735 A.2d 702

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**John Wayne ROBINS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 30, 1999.

## *ORDER*

**PER CURIAM:**

**AND NOW,** this 30th day of August 1999, the Petition for Allowance of Appeal is GRANTED and the case is REMANDED to the Superior Court for reconsideration in light of *Lilly v. Virginia,* 527 U.S. 116, 119 S.Ct. 1887, 144 L.Ed.2d 117 (U.S.1999).